1  Denis S. Kenny, Bar No. 178542
   SCHERER SMITH & KENNY LLP
2  140 Geary Street, Seventh Floor
   San Francisco, CA  94108
3  Telephone: (415) 433-1099
4  Facsimile: (415) 433-9434

5  Attorney for Defendant
   KARON R. GILBEY
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | MICROSOFT CORPORATION, | ) Case No. C06-06713 SI
13 |                        | ) **STIPULATION AND [PROPOSED]**
   | Plaintiff,             | ) **ORDER TO EXTEND DEFENDANT**
14 |                        | ) **KARON R. GILBEY'S INITIAL**
   | v.                     | ) **RESPONSIVE PLEADING TO**
15 |                        | ) **COMPLAINT OF MICROSOFT**
   | KARON R. GILBEY,       | ) **CORPORATION**
16 |                        | )
17 | Defendant.             | )
18 |                        | )

19

20     WHEREAS, on October 27, 2006, Microsoft Corporation, a Washington corporation,

21 ("Microsoft") commenced this action against defendant Karon R. Gilbey ("Gilbey").

22     WHEREAS, Microsoft has agreed to give Defendant Gilbey an extension of time to and

23 including December 15, 2006 to file and serve an initial responsive pleading to the complaint in

24 this action.  Pursuant to that agreement,

25     IT IS HEREBY STIPULATED that Gilbey will have until December 15, 2006 to file and

26 serve her initial responsive pleading to Microsoft's complaint in this action.

27 ///

---

STIPULATION TO EXTEND DEFENDANT KARON R. GILBEY'S                CASE NO. C06-06713 SI
INITIAL RESPONSIVE PLEADING TO COMPLAINT OF MICROSOFT CORPORATION

1

| | | |
|---|---|---|
| 1 | Dated: 11/28/06 | SCHERER SMITH & KENNY LLP |
| 2 | | |
| 3 | | |
| 4 | | By _____ |
| | | Denis S. Kenny |
| 5 | | Attorney for Defendant Karon R. Gilbey |
| 6 | | |
| 7 | Dated: 11/28/06 | PRESTON GATES & ELLIS LLP |
| 8 | | |
| 9 | | By _____ |
| 10 | | Rachel R. Davidson |
| | | Attorney for Plaintiff Microsoft Corporation |

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ _____
Honorable Susan Illston

S:\DOCUMENT\Gilbey, Karon\Pleadings\StipulationReExtension.doc

STIPULATION TO EXTEND DEFENDANT KARON R. GILBEY'S        CASE NO. C06-06713 SI
INITIAL RESPONSIVE PLEADING TO COMPLAINT OF MICROSOFT CORPORATION

2