1 | Rachel R. Davidson, (State Bar No. 215517)
2 | KIRKPATRICK & LOCKHART PRESTON GATES & ELLIS LLP
3 | 55 Second Street, Suite 1700
  | San Francisco, California 94105-3493
  | Telephone: (415) 882-8200
4 | Facsimile: (415) 882-8220

5 | David A. Bateman (pro hac vice)
  | Shaakirrah R. Sanders (pro hac vice)
6 | KIRKPATRICK & LOCKHART PRESTON GATES & ELLIS LLP
7 | 925 Fourth Avenue, Suite 2900
  | Seattle, WA 98104
8 | Telephone: (206) 623-7580
  | Facsimile: (206) 370-6110

Attorneys for Plaintiff
Microsoft Corporation

Denis S. Kenny (State Bar No. 178542)
Gabriel S. Levine (State Bar No. 227271)
SCHERER SMITH & KENNY LLP
140 Geary Street, Seventh Floor
San Francisco, CA 94108
Telephone: (415) 433-1099
Facsimile: (415) 433-9434

Attorneys for Defendant
Karon Gilbey

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> KARON R. GILBEY a.k.a RUTH HARRIS d/b/a 868OCEAN and OCEAN11S, <br><br> Defendant. | Case No. C 06-06713 WHA <br><br> **STIPULATION AND ORDER FOR PERMANENT INJUNCTION** |

1    It is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant Karon Gilbey, through her designated counsel of record, that Defendant, while denying all claims, causes of action, liability and damages alleged in the above-referenced action, shall cease and refrain from engaging in any of the following activities, and from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities:

    a.  engaging in the business of advertising, distributing, and selling counterfeit computer software, including programs covered by Microsoft's registered copyrights and bearing Microsoft's registered trademarks or imitations thereof;

    b.  advertising and distributing counterfeit Microsoft software in interstate commerce on the Internet by using any Internet auction site, including eBay (www.ebay.com) and PriceGrabber (www.pricegrabber.com); and

    c.  engaging in any other activity constituting an infringement of any of Microsoft's property rights, Registered or Unregistered Trademarks, servicemarks and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these property rights, trademarks, servicemarks, and/or copyrights.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation and Order for Permanent Injunction with them, and have the authority to bind their respective clients.

DATED: April 12, 2007      KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By    /s/   
Rachel R. Davidson
Attorney for Microsoft Corporation

DATED: April 12, 2007      SCHERER SMITH & KENNY LLP

By    /s/   
Denis S. Kenny
Attorney for Karon Gilbey

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this 16 day of April, 2007.

_____
The Honorable William H. Alsup
United States District Judge