| | |
|---|---|
| 1 | Rachel R. Davidson, (State Bar No. 215517) |
| 2 | KIRKPATRICK & LOCKHART PRESTON GATES & ELLIS LLP |
| 3 | 55 Second Street, Suite 1700 San Francisco, California 94105-3493 |
| 4 | Telephone: (415) 882-8200 Facsimile: (415) 882-8220 |
| 5 | David A. Bateman (pro hac vice) |
| 6 | Shaakirrah R. Sanders (pro hac vice) KIRKPATRICK & LOCKHART PRESTON |
| 7 | GATES & ELLIS LLP 925 Fourth Avenue, Suite 2900 |
| 8 | Seattle, WA 98104 Telephone: (206) 623-7580 |
| 9 | Facsimile: (206) 370-6110 |
| 10 | Attorneys for Plaintiff Microsoft Corporation |
| 11 | Denis S. Kenny (State Bar No. 178542) |
| 12 | Gabriel S. Levine (State Bar No. 227271) SCHERER SMITH & KENNY LLP |
| 13 | 140 Geary Street, Seventh Floor San Francisco, CA 94108 |
| 14 | Telephone: (415) 433-1099 Facsimile: (415) 433-9434 |
| 15 | Attorneys for Defendant |
| 16 | Karon Gilbey |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) | Case No. C 06-06713 WHA |
| Plaintiff, | ) ) | **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH** |
| v. | ) ) | **PREJUDICE** |
| | ) ) | |
| KARON R. GILBEY a.k.a RUTH HARRIS d/b/a 868OCEAN and OCEAN11S, | ) ) ) | |
| Defendant. | ) ) ) ) | |

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Case No. C 06-06713 WHA

1

Printed on Recycled Paper

It is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant Karon R. Gilbey through their designated counsel of record, that the Complaint for Willful Copyright Infringement in Violation of 15 U.S.C. §§ 501, *et seq.*, Willful Trademark Infringement in Violation of 15 U.S.C. §§ 1114 *et seq.*, False Designation of Origin In Violation of 15 U.S.C. §§ 1125 *et seq.*, Constructive Trust, and Accounting in the above-entitled action be and hereby is dismissed, with prejudice, in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure, including all claims and counterclaims against each party, and that each party shall bear its own costs and attorneys' fees.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation and Order for Voluntary Dismissal with Prejudice with them, and have the authority to bind their respective clients.

DATED: May 2, 2007                     KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

                                       By _____/s/_____
                                            Rachel R. Davidson
                                            Attorney for Microsoft Corporation

DATED: May 2, 2007                     SCHERER SMITH & KENNY LLP

                                       By _____/s/_____
                                            Denis S. Kenny
                                            Attorney for Karon Gilbey

1 **ORDER**

2 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

3

4
DATED: _May 3_____, 2007    _____
5
The Honorable William H. Alsup
6
United States District Judge

*IT IS SO ORDERED / Judge William Alsup*

STIPULATION AND ORDER FOR VOLUNTARY            3                    Printed on Recycled Paper
DISMISSAL WITH PREJUDICE
Case No. C 06-06713 WHA